# UNITED STATES DISTRICT COURT
## Eastern District of Wisconsin

---

## THE ATTACHED PLEADINGS HAVE BEEN REMOVED PURSUANT TO FED. R. CIV. P. 5(d)

---

**Rule 5.** **Serving and Filing Pleadings and Other Papers**

**(d)** **Filing.**

**(1)** ***Required Filings; Certificate of Service.*** Any paper after the complaint that is required to be served—together with a certificate of service—must be filed within a reasonable time after service. But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.