**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



Milwaukee City Hall • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551

**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**PETER J. BLOCK**
**ANDREA J. FOWLER**
**JOANNA FRACZEK**
**HANNAH R. JAHN**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**GREGORY P. KRUSE**
**ALEX T. MUELLER**
**ALEXANDER D. COSSI**
**KATHERINE A. HEADLEY**
**SHEILA THOBANI**
**STACY J. MILLER**
**JORDAN M. SCHETTLE**
**THERESA A. MONTAG**
**ALEXANDER E. FOUNDOS**
**TRAVIS J. GRESHAM**
**KYLE W. BAILEY**
**JOSEPH M. DOBBS**
**WILLIAM K. HOTCHKISS**
**CLINT B. MUCHE**
**TYLER M. HELSEL**
**ZACHARY A. HATFIELD**
**MEGHAN C. MCCABE**
**CYNTHIA HARRIS ORTEGA SANTANA**
**OLUWASEUN CHRIS IBITOYE**
**KEVIN P. TODT**
**NATHANIEL E. ADAMSON**
**MATTEO REGINATO**
**JOSHUA B. CRONIN**
**ROBERT W. SANDERS**
**ELIZABETH K. MILES**
**LAURI A. ROLLINGS**
Assistant City Attorneys

April 10, 2026

The Honorable Brett H. Ludwig
United States District Court - Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 320
Milwaukee, WI 53202

Re:     *Steven Kaywood v. City of Milwaukee, et al.*
        Eastern District of Wisconsin, Case No.: 2023CV01644

Dear Judge Ludwig:

The parties have reached a tentative settlement in this case. The agreement, however, is still proceeding through the City of Milwaukee approval process.

This case is currently set for a status conference on April 14, 2026. The parties jointly request that the Court adjourn the scheduled status conference. The parties will inform the Court as soon as possible whether the case can be dismissed or if a status conference is needed.

I have spoken with Attorney William Grau, who has authorized me to file this letter on behalf of both parties.


Very truly yours,

*s/ Meghan C. McCabe*

MEGHAN C. MCCABE
Assistant City Attorney

MCM/mcl

Enclosures

1032-2023-2040:00000000002043

#00000000002043v1

